NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 27 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JACOB EDWIN WILSON,

Defendant - Appellant.

No. 24-3413

D.C. No. 4:23-cr-00111-BMM-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted January 22, 2025[**]

Before:  CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Jacob Edwin Wilson appeals from the district court's judgment and

challenges the $7,000 restitution award imposed following his guilty-plea

conviction for false information and hoaxes, in violation of 18 U.S.C. § 1038(a)(1).

We have jurisdiction under 28 U.S.C. § 1291, and we vacate the order of

---

[*]        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

restitution and remand.

As the government concedes, the district court erred by failing to resolve Wilson's specific objections to the restitution sum sought by the restitution payee. *See* 18 U.S.C. § 3664(e); *United States v. Tsosie*, 639 F.3d 1213, 1222 (9th Cir. 2011) (stating that 18 U.S.C. § 3664 "requires both that a district court set forth its reasons in resolving a dispute over restitution and that a restitution award . . . be adequately supported by evidence in the record."). Accordingly, we vacate the order of restitution, and remand to allow the district court to adjudicate Wilson's objections and reimpose restitution accordingly.

In light of this disposition, we do not address Wilson's additional challenges regarding his ability to pay the restitution ordered.

**VACATED and REMANDED.**